Certificate Number: 03088-NJ-DE-026729812

Bankruptcy Case Number: 15-33638


03088-NJ-DE-026729812

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 29, 2015</u>, at <u>8:49</u> o'clock <u>PM CST</u>, <u>Pasquale Rubino</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>December 29, 2015</u>    By: <u>/s/Doug Tonne</u>

Name: <u>Doug Tonne</u>

Title: <u>Counselor</u>